**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ANN CAVLOVIC,** ) | |
| **individually and on behalf of** ) | |
| **those similarly situated** ) | |
| **Plaintiff,** ) | |
| ) | 2:17-cv-2042-JAR-TJJ |
| **v.** ) | |
| **J. C. PENNEY CORPORATION, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## <u>NOTICE OF SETTLEMENT</u>

The parties hereby provide notice that they have arrived at a settlement, in principle, to resolve this case on an individual basis.  The parties are memorializing their settlement in a written settlement agreement, and, once completed, will request dismissal of the present case.

RESPECTFULLY SUBMITTED BY:

HUSCH BLACKWELL LLP

*/s/ Michael S. Hargens*_____
Michael S. Hargens, KS #20689
Christina M. Pyle, KS #25019
Taylor B. Concannon, KS #26668
4801 Main St., Ste. 1000
Kansas City, MO 65112
Tel.: 816.983.8000
Fax: 816.983.8080
Michael.Hargens@huschblackwell.com
Christina.Pyle@huschblackwell.com
Taylor.Concannon@huschblackwell.com

Christopher A. Smith (*pro hac vice*)
190 Carondelet Plaza, Ste. 600
St. Louis, MO 63105
Tel.: 314.480.1500
Fax: 314.480.1505
Chris.Smith@huschblackwell.com

KCP-8387374-1

GIBSON, DUNN & CRUTCHER LLP

Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500
Fax.: 202.467.0539
MPerry@gibsondunn.com

Christopher Chorba (*pro hac vice*)
Bradley J. Hamburger (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071

Tel.: 213.229.7000
Fax: 213.229.7520
CChorba@gibsondunn.com
BHamburger@gibsondunn.com

**ATTORNEYS FOR DEFENDANT J.C. PENNEY CORPORATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July 2018, I electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael S. Hargens*