IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANN CAVLOVIC, )<br>individually and on behalf of )<br>those similarly situated )<br>             Plaintiff, )<br>)<br>v. )<br>J. C. PENNEY CORPORATION, INC. )<br>)<br>             Defendant. ) | 2:17-cv-2042-JAR-TJJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41, the Parties hereby stipulate to dismiss, and Plaintiff Ann Cavlovic thereby voluntarily dismisses, this action with prejudice.

RESPECTFULLY SUBMITTED BY:

*/s/ Ryan C. Hudson*_____
Ryan C. Hudson (KS #22986)
Rex A. Sharp, (KS #12350)
Scott B. Goodger, (KS #26480)
Rex. A. Sharp, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
*rhudson@midwest-law.com*
*rsharp@midwest-law.com*
*sgoodger@midwest-law.com*

Bryce B. Bell
Mark Schmitz
Bell Law, LLC
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
T: 816-886-8206
D: 816-698-5207
F: 816-817-8500
*Bryce@BellLawKC.com*
*MS@BellLawKC.com*

1

KCP-8408346-1

A. Scott Waddell
Waddell Law Firm LLC
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
T: 816-914-5365
F: 816-817-8500
*scott@aswlawfirm.com*

W. Mark Lanier (*pro hac vice*)
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200
*WML@LanierLawFirm.com*

Reagan E. Bradford (*pro hac vice*)
THE LANIER LAW FIRM
12 E. California Ave., Suite 200
Oklahoma City, OK 73104
(713) 659-5200
*Reagan.Bradford@LanierLawFirm.com*

**ATTORNEYS FOR THE PLAINTIFFS**


and


HUSCH BLACKWELL LLP


*/s/ Michael S. Hargens*_____
Michael S. Hargens, KS #20689
Christina M. Pyle, KS #25019
Taylor B. Concannon, KS #26668
4801 Main St., Ste. 1000
Kansas City, MO 65112
Tel.: 816.983.8000
Fax: 816.983.8080
Michael.Hargens@huschblackwell.com
Christina.Pyle@huschblackwell.com
Taylor.Concannon@huschblackwell.com

Christopher A. Smith (*pro hac vice*)
190 Carondelet Plaza, Ste. 600
St. Louis, MO 63105
Tel.: 314.480.1500
Fax: 314.480.1505
Chris.Smith@huschblackwell.com

2

GIBSON, DUNN & CRUTCHER LLP

Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500
Fax.: 202.467.0539
MPerry@gibsondunn.com

Christopher Chorba (*pro hac vice*)
Bradley J. Hamburger (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071

Tel.: 213.229.7000
Fax: 213.229.7520
CChorba@gibsondunn.com
BHamburger@gibsondunn.com

**ATTORNEYS FOR DEFENDANT J.C. PENNEY CORPORATION, INC.**